# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDI LAURANCE, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AMERIQUEST MORTGAGE COMPANY, a Delaware corporation; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | CASE NO. 8:10-cv-01309-AG-JEM<br><br>**JUDGMENT IN FAVOR OF DEFENDANT** |

　　　Defendant Ameriquest Mortgage Company's ("Ameriquest") Motion To Dismiss the Complaint of Plaintiff Brandi Laurance ("Ms. Laurance") was granted by this Court, in its entirety, without leave to amend.

　　　**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that Ameriquest have a judgment against Ms. Laurance and that Ameriquest shall recover its costs of suit from Ms. Laurance pursuant to a bill of costs.

DATED: October_21, 2010

_(signature)_
ANDREW GUILFORD
UNITED STATES DISTRICT JUDGE

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

BN 7416253v1　　　　　　　　　　　　　1

**[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT - 8:10-CV-01309-AG-JEM**